JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS JASON NAVARRO,<br><br>　　　　Defendant. | No. CR21-210-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |

THIS MATTER has come before the Court on the stipulated motion of the parties for a continuance of the trial and the pretrial motions due date. The Court has considered the facts set forth in the motion, the speedy trial waiver, and the records and files herein. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Navarro*, CR21-210-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from January 17, 2023, to March 27, 2023, and pretrial motions due date to February 24, 2023.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated this 5th day of December 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
s/ *Rebecca Fish*
Assistant Federal Public Defenders
Attorneys for Travis Navarro

s/ *Cecelia Gregson*
s/ *Rebecca Cohen*
Assistant United States Attorneys
*Per electronic authorization*

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Navarro*, CR21-210-RSM) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100