THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-210-RSM |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |
| TRAVIS JASON NAVARRO, | |
| Defendant. | |

THIS MATTER has come before the Court on the stipulated motion for a continuance of the trial date and the pretrial motions due date, and the Court has considered the facts set forth in the motion, the speedy trial waiver, and the records and files herein. THE COURT finds as follows:

The ends of justice will be served by ordering a continuance in this case, a continuance is necessary to ensure adequate time for effective case preparation, and these factors outweigh the best interests of the public and defendant in a speedy trial.

1. A failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(7).

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DATES
(*United States v. Navarro*, CR21-210-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  IT IS ORDERED that the trial date shall be continued from March 27, 2023, to June 20, 2023, and pretrial motions due date be extended to May 4, 2023.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 23rd day of February 2023.

```
                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE
```

Presented by:

s/ *Sara Brin*
s/ *Rebecca Fish*
Attorneys for Travis Navarro

s/ *Cecelia Gregson*
s/ *Rebecca Cohen*
Assistant United States Attorneys
*Per electronic authorization*

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DATES
(*United States v. Navarro*, CR21-210-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**