The Honorable Ricardo M. Martinez

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9   UNITED STATES OF AMERICA,                    NO. CR21-210-RSM

10                       Plaintiff,

11          v.                                    ORDER GRANTING MOTION TO
                                                  SEAL GOVERNMENT'S
12   TRAVIS JASON NAVARRO,                        SENTENCING MEMORANDUM

13                       Defendant.

14          This matter has come before the Court on the Motion to seal the Government's

15   Sentencing Memorandum.  The Court has reviewed the Motion and records in this case

16   and finds there are compelling reasons to permit the filing under seal of this document due

17   to the sensitive information contained therein.

18   //

19   //

20   //

21   //

22   //

23
24
25
26

Sealing Order - 1
*United States v. Navarro*, CR21-210-RSM

1       IT IS HEREBY ORDERED that the Government's Sentencing Memorandum

2 shall be filed under seal.

3       DATED this 15th day of November, 2023.

4

5

6                        RICARDO S. MARTINEZ

7                        UNITED STATES DISTRICT JUDGE

8

9 Presented by:

10 *s/ Rebecca S. Cohen*

11 REBECCA S. COHEN
Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26