JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS NARVARRO,<br><br>Defendant. | No. CR21-210-RSM<br><br>ORDER TO SEAL MR. NAVARRO'S SENTENCING MEMORANDUM AND SUPPORTING EXHIBITS |

THIS MATTER has come before the undersigned on the Mr. Navarro's Motion to file his Sentencing Memorandum and supporting Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Mr. Navarro's Sentencing Memorandum and Exhibits thereto be filed under seal.

DATED this 16th day of November 2023.

JUDGE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Sara Brin
s/ Rebecca Fish
Assistant Federal Public Defenders
Attorneys for Travis Navarro

ORDER TO SEAL SENTENCING
MEMORANDUM AND EXHIBITS
(U.S. v. Navarro, CR21-210-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100