JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-210-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND SURRENDER DATE |
| TRAVIS NARVARRO, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on Mr. Navarro's unopposed motion to extend his surrender date. The Court has considered the motion and records in this case and hereby

GRANTS the motion. Mr. Navarro's date to surrender to the Bureau of Prisons is extended from January 17, 2024, to March 1, 2024.

DATED this 16th day of January 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
s/ *Rebecca Fish*
Assistant Federal Public Defenders
Attorneys for Travis Navarro

ORDER TO EXTEND SURRENDER DATE
(*U.S. v. Navarro,* CR21-210-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100